UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MOLLY PERALTA,**
**CAITLIN OGILVIE,** and
**CHRISTIAN HAROUTUNAIN,**

        Case No. 20-cv-11817

    Plaintiffs,

vs.         Hon. Gershwin A. Drain

**ETON STREET RESTAURANT, INC.** d/b/a
**BIG ROCK CHOP HOUSE**,

    Defendant.

_____/

| Jack W. Schulz (P78078) | Christopher E. LeVasseur (P35981) |
| --- | --- |
| SCHULZ GOTHAM PLC | STARK REAGAN, PC |
| PO Box 44855 | 1111 W. Long Lake Rd., Ste. 202 |
| Detroit, MI 48244 | Troy, MI 48098 |
| (313) 246-3590 | (248) 641-9955 |
| jackwschulz@gmail.com | clevasseur@starkreagan.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

_____/

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice and without costs as to any party. This is a final order of the Court that resolves the pending claims and closes the file.

IT IS HEREBY ORDERED.

Dated: December 21, 2020

                                            s/Gershwin A. Drain
                                            HONORABLE GERSHWIN A. DRAIN
                                            U.S. District Court Judge

Approved as to form and content:

| Dated: 12/19/20 | Dated: 12/19/20 |
|---|---|
| /s/ Jack W. Schulz | /s/ Christopher LeVasseur (*w/ permission*) |
| Jack W. Schulz (P78078) | Christopher E. LeVasseur (P35981) |
| SCHULZ LAW PLC | STARK REAGAN, PC |
| PO Box 44855 | 1111 W. Long Lake Rd., Ste. 202 |
| Detroit, MI 48244 | Troy, MI 48098 |
| (313) 246-3590 | (248) 641-9955 |
| *Attorneys for Plaintiff* | clevasseur@starkreagan.com |
| | *Attorneys for Defendant* |